IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| vs. | Case No. 13-cr-30176-SMY |
| JAMES HARDIMON, | |
| Defendant. | |

**ORDER**

This matter comes before the Court on counsel Todd M. Schultz's motion for leave to withdraw (Doc. 51) as counsel for defendant James Hardimon.

On November 7, 2014, Defendant filed a Motion for Reduction of Sentence pursuant to 18 U.S.C. section 3582(c)(2). (Doc. 47). Pursuant to Administrative Order 167, Todd M. Schultz entered his appearance on behalf of the Defendant. On December 4, 2014, Counsel filed a Motion to Withdraw as Attorney, citing to the fact that Defendant's Motion is not meritorious. (Doc. 51). Defendant filed a Response to Counsel's motion on December 22, 2014.

The Amendment to the Sentencing Guidelines, Amendment 782, went into effect November 1, 2014 and applies retroactively. The Amendment generally reduces the offense level assigned to the drug quantities described in Sections 2D1.1 and 2D1.11. However, Defendant was sentenced as a career offender pursuant to section 4B1.1. *See* PSR, Transcript of Sentencing Hearing. The Court finds that the Amendment does not apply to those sentenced as career offenders. Therefore, Defendant's guideline range remains unchanged, and he is ineligible for a sentence reduction under the Amendment. Furthermore, the Court lacks jurisdiction to grant any such relief. *United States v. Forman*, 553 F.3d 585, 588-590 (7th Cir.

2009).  As there is no non-frivolous basis for seeking relief, Counsel's Motion to Withdraw (Doc. 51) is GRANTED, and the Defendant's Motion for Reduction of Sentence (Doc. 47) is DENIED.

**IT IS SO ORDERED.**
**DATED: January 5, 2015**

s/ Staci M. Yandle
**STACI M. YANDLE**
**DISTRICT JUDGE**
