AO 245D (SDIL Rev. 7/21) Judgment in a Criminal Case for Revocation

# UNITED STATES DISTRICT COURT
## Southern District of Illinois

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
| v. | (for **Revocation** of Probation or Supervised Release) |
| JAMES HARDIMON | Case Number: **3:13-CR-30176-SMY-1** |
| | USM Number: **10555-025** |
| | **PATRICK S KILGORE** |
| | Defendant's Attorney |

**THE DEFENDANT:**

☒ admitted guilt to violation of condition(s)   <u>As listed below and on Page 2</u>   of the term of supervision.

☐ was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| **Violation Number** | **Nature of Violation** | **Violation Ended** |
|---|---|---|
| Mandatory | Defendant unlawfully possessed a controlled substance, in that he tested positive for cocaine by urinalysis. | 12/4/2023 |

The defendant is sentenced as provided in page 3 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s)

☐ Count(s) ☐ is ☐ are dismissed on the motion of the United States.

☐ The defendant has not violated condition(s) and is discharged as to such violation(s) condition.

It is ordered that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Last Four Digits of Defendant's Soc. Sec.: 0234

Defendant's Year of Birth: 1957

City and State of Defendant's Residence:
Alton, Illinois

March 24, 2025
Date of Imposition of Judgment

Signature of Judge
<u>Staci M. Yandle, United States District Judge</u>
Name and Title of Judge

Date Signed: April 2, 2025

AO 245D (SDIL Rev. 7/21) Judgment in a Criminal Case for Revocation

Judgment Page **2** of **3**

DEFENDANT: JAMES HARDIMON
CASE NUMBER: 3:13-CR-30176-SMY-1

## ADDITIONAL COUNTS OF CONVICTION

| Violation Number | Nature of Violation | Violation Concluded |
|---|---|---|
| Mandatory | Defendant admitted unlawfully possessing a controlled substance, cocaine, on or about April 28, 2024. | 4/29/2024 |
| | Defendant unlawfully possessed a controlled substance, in that he tested positive for cocaine by urinalysis. | 6/14/2024 |
| | Defendant unlawfully possessed a controlled substance, in that he tested positive for cocaine by urinalysis. | 7/9/2024 |
| | Defendant unlawfully possessed a controlled substance, in that he tested positive for cocaine by urinalysis. | 7/17/2024 |
| | Defendant unlawfully possessed a controlled substance, in that he tested positive for cocaine by urinalysis. | 8/23/2025 |
| | Defendant admitted to unlawfully possessing a controlled substance, cocaine, on or about September 13, 2024. | 9/16/2024 |
| | Defendant unlawfully possessed a controlled substance, in that he tested positive for cocaine by urinalysis. | 1/16/2025 |
| Special | Defendant failed to attend a program for substance abuse treatment as required. | 6/25/2024 |
| | Defendant admitted consuming alcohol while engaged in a program for substance abuse treatment. | 4/29/2024 |
| | Defendant admitted consuming alcohol while engaged in a program for substance abuse treatment. | 9/16/2024 |
| | Defendant was unsuccessfully discharged from a residential substance abuse treatment program. | 10/13/2024 |
| Special | Defendant failed to attend a program for mental health treatment as required on March 22, 2024, and June 25, 2024. | 6/25/2024 |

AO 245D (SDIL Rev. 7/21) Judgment in a Criminal Case for Revocation

Judgment Page **3** of **3**

DEFENDANT: JAMES HARDIMON
CASE NUMBER: 3:13-CR-30176-SMY-1

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: **time-served with no supervised release imposed.**

☐ The court makes the following recommendations to the Bureau of Prisons:

☐ The defendant is remanded to the custody of the United States Marshal.
☐ The defendant shall surrender to the United States Marshal for this district:
   ☐ at _____ ☐ a.m. ☐ p.m. on
   ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
   ☐ before 2 p.m. on
   ☐ as notified by the United States Marshal.
   ☐ as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL